AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☑ Original          ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

In the Matter of the Search of          )
*(Briefly describe the property to be searched*          )
          )
*45 DIGITAL DEVICES CURRENTLY LOCATED AT*          )          Case No.  21-SW-122
*601 4TH STREET NORTHWEST, WASHINGTON,*          )
*D.C.*          )
          )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:          Any authorized law enforcement officer

          An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:
          See Attachment A, incorporated herein.

          I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
          See Attachment B, incorporated herein.

          **YOU ARE COMMANDED** to execute this warrant on or before _____ May 10, 2021 _____ *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

          Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

          The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ G. Michael Harvey _____ .
                                        *(United States Magistrate Judge)*

          ❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
          ❑ for _____ days *(not to exceed 30)* ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:          04/26/2021                    *signature*          G. Michael Harvey
                                                                    2021.04.26 18:26:05 -04'00'
                                                        *Judge's signature*

City and state:          Washington, D.C.                    G. Michael Harvey, United States Magistrate Judge
                                                        *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>21-SW-122 | Date and time warrant executed:<br>NOT APPLICABLE | Copy of warrant and inventory left with:<br>NOT APPLICABLE |

| Inventory made in the presence of :  NOT APPLICABLE |
|---|

Inventory of the property taken and name(s) of any person(s) seized:

The items in Attachment A were physically seized from the residences of Luis Spencer and Olatunji Dawodu on 02/23/2021 pursuant to federal search warrants issued in the Southern District of Florida (21-MJ-6088-Strauss and 21-MJ-6089-Strauss). Attached hereto is a listing of the items in the possession of the federal Bureau of Investigation which are subject to search under this warrant.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  6/04/2021

_____
Executing officer's signature

SEAN HAMBLET,  SPECIAL AGENT
Printed name and title

| FBI Evidence #: | FBI Assigned Barcode: | Description: |
|---|---|---|
| 1B169 | E4309444 | iPhone 5 pink in color |
| 1B170 | E4309445 | HP Laptop<br>SN: 5CD051FQJR |
| 1B171 | E4309446 | Black LG phone |
| 1B172 | E4309447 | Ivory in color iPhone 5 |
| 1B177 | E4309452 | SD card adapter with microSD card |
| 1B179 | E4309454 | iPhone black |
| 1B180 | E4309455 | iPhone white |
| 1B181 | E4309456 | iPhone with pink back |
| 1B183 | E4309458 | Maxtor hard-drive<br>SN: L42FS1RG |
| 1B184 | E4309459 | Hard-Drive WD |
| 1B185 | E4309460 | HP Laptop<br>SN: CNU912762J |
| 1B186 | E4309461 | Logitech thumb-drive |
| 1B187 | E4309462 | iPad<br>SN: DMPM79RBF4YH |
| 1B188 | E4309463 | LG phone metro PCS<br>SN: 406CYXM988098 |
| 1B189 | E4309464 | Hard-drive Western Digital<br>SN: WXG1A1004631 |
| 1B190 | E4309465 | Hard-drive<br>SN: 2CAC24VF |
| 1B191 | E4309466 | One Mac Book with serial no. C02VP1P2J1WK |
| 1B192 | E4309467 | One black Samsung cell phone with IMEI 355357110177636 |
| 1B193 | E4309468 | One gray laptop, model GA401I and serial no. L8NRKD02724033H |
| 1B194 | E4309469 | One iPhone |
| 1B195 | E4309470 | One iPhone |
| 1B196 | E4309471 | One iPhone |
| 1B197 | E4309472 | One cream colored iPhone |
| 1B198 | E4309473 | One silver Samsung laptop with s/n 3ZFB9FGN902771V |
| 1B199 | E4309474 | One MacBook with s/n C02MFM1TG085 |
| 1B200 | E4309475 | One MacBook with s/n C02DD68NMD6M |

| 1B201 | E4309476 | One Ledger Nano S |
|-------|----------|-------------------|
| 1B202 | E4309477 | One Ledger Nano S on keyloop |
| 1B203 | E4309478 | One Ledger Nano S on black lanyard |
| 1B204 | E4309479 | One Ledger Nano S box with miscellaneous paperwork |
| 1B205 | E4309480 | One Ledger Nano X package with Ledger Nano X inside |
| 1B211 | E4309486 | One iPhone with cracked white back |
| 1B214 | E4309489 | One iPhone with pink back, model A1687 |
| 1B215 | E4309490 | One iPhone with pink back, model A1778 |
| 1B216 | E4309491 | One Casio Exilim digital camera |
| 1B217 | E4309492 | One black Nikon digital camera |
| 1B219 | E4309494 | One tablet computer in case |
| 1B220 | E4309495 | One iPhone with cream colored back, model A1586 |
| 1B221 | E4309496 | One white iPhone model A1660 |
| 1B224 | E4309499 | One iPhone with pink colored back, model A1688 |
| 1B225 | E4309500 | One iPad with serial no. F7NNM1LLF196 |
| 1B226 | E4309501 | One iPad with serial no. DMQMX63KFK14 |
| 1B227 | E4309502 | One iMac computer with s/n C02T954HGF1J |
| 1B228 | E4309503 | One black Sony camera |
| 1B229 | E4309504 | One black Canon camera |